77,739-01,02

Jan 28, 2015
RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

To, The Honorable Clerk of
Court of Criminal Appeals.

With All Due Respect Honorable Clerk of
Court of Criminal Appeals..... Could you give
me the status of these two Writs.

1) Petition For Supervisory Writ of Review
of Convicting Court 283rd Decision on DNA
Result Hearing....... WR-77-739-02

2) 11.07 Writ of Habeas Corpus to Vacate
Judgement of Guilty Nunc Pro tunc For
Double Jeopardy...... W-9001404 / WR-77-739-02

Thank you For your Service!

Cedric DeMicheal Butler
Cedric DeMicheal Butler
#1403893